UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SMITH, LYNN ELLIOTT § Case No. 08-28870
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 4/20/2012 in Courtroom B,
Park City Branch Court
301 Greenleaf Avenue
Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: _____
Clerk, U. S. Bankruptcy Court

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
SMITH, LYNN ELLIOTT § Case No. 08-28870
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 13,235.19 |
| and approved disbursements of | $ | 273.81 |
| leaving a balance on hand of[1] | $ | 12,961.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 2,073.52 | $ 0.00 | $ 2,073.52 |
| Trustee Expenses: JOSEPH E. COHEN | $ 25.40 | $ 0.00 | $ 25.40 |
| Attorney for Trustee Fees: COHEN & KROL | $ 2,761.25 | $ 0.00 | $ 2,761.25 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ 989.00 | $ 0.00 | $ 989.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 6.47 | $ 6.47 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 5,849.17 |
| Remaining Balance | $ | 7,112.21 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 36,052.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Department of the Treasury Internal Revenue Service Pob 7346 Philadelphia PA 19101 | $ 36,052.87 | $ 0.00 | $ 7,112.21 |

Total to be paid to priority creditors                                                $         7,112.21

Remaining Balance                                                                      $              0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

            Prepared By: /s/Joseph E. Cohen
                       Trustee

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 08-28870-ABG
Lynn Elliott Smith  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1　　　User: dgomez　　　　Page 1 of 3　　　　Date Rcvd: Mar 30, 2012
　　　　　　　　　　　　　Form ID: pdf006　　　Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2012.
```
db         +Lynn Elliott Smith,   One Westminster Place,   Lake Forest, IL 60045-1885
aty        +Cohen & Krol,   Cohen & Krol,   105 West Madison St 1100,   Chicago, IL 60602-4600
17876515    Advanta Bank Corp in receivership of FDIC,   c/o Becket and Lee LLP,   POB 3001,
             Malvern PA 19355-0701
12754352   +Advocate Illinois Masonic,   836 W. Wellington Ave.,   Chicago, IL 60657-5147
12754357   +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
12754358   +Citi Diamond Preferred,   PO Box 6000,   The Lakes, NV 89163-0001
12754359   +CitiBusiness Card,   PO Box 6537,   The Lakes, NV 88901-6537
12754360   +Citifinanical Retail Services,   PO Box 22066,   Tempe, AZ 85285-2066
12754361   +Cook County Treasurer,   PO Box 4468,   Carol Stream, IL 60197-4468
13543637   +Cook County Treasurer,   118 N. Clark St.,Room 112,   Chicago, IL 60602-1590
12754362   +Countrywide Home Loans,   450 American St.,   Simi Valley, CA 93065-6285
18091068   +David J. Axelrod & Associates,   Attorney for Laura Henderson,   1448 Old Skokie Rd., Suite C,
             Highland Park, IL 60035-3041
12754363   +Denis McKeown,   415 Washington St., Suite 103,   Waukegan, IL 60085-5564
17853501    FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
12754368   +First Midwest Bank,   PO Box 9003,   Gurnee, IL 60031-9003
12754367   +First Midwest Bank,   One Pierce Place, Suite 1500,   Itasca, IL 60143-1254
12754370   +Givens Trucking Co.,   2212 Wright Ave.,   North Chicago, IL 60064-3121
12754371   +Glenbrook Plumbing Co.,   1901-A Pickwick Avenue,   Glenview, IL 60026-1323
12754373   +High Voltage Electric Co.,   3618 N. Page Avenue,   Chicago, IL 60634-2015
12754374   +Jack C. Mardoian,   900 North Shore Drive, Suite 150,   Lake Bluff, IL 60044-2214
12754375   +John Tschanz, DDS,   725 N. McKinley,   Lake Forest, IL 60045-1850
12754376   +Kanter, Mattenson, Morgan & Gordon,   One Northfield Plaza, Suite 500,
             Northfield, IL 60093-1216
12754378   +Lake Forest Bank & Trust,   727 N. Bank Lane,   Lake Forest, IL 60045-1898
12754379   +Lake Forest Internal Medicine,   1800 Hollister, St. 211,   Libertyville, IL 60048-5266
12754380   +Laura Henderson,   1070 W. Winwood Drive,   Lake Forest, IL 60045-1157
12754383   +Marcia Slomowitz, MD,   333 N. Michigan Av., St. 1125,   Chicago, IL 60601-4001
12754384   +Michael Cummins,   20 E. Westleigh Road,   Lake Forest, IL 60045-3038
12754385   +North Shore Cariologists,   2151 Waukegan Road,   Bannockburn, IL 60015-1876
13663920   +PEOPLES GAS LIGHT AND COKE CO,   130 E RANDOLPH DRIVE,   CHICAGO, IL 60601-6203
12754386   +Raymond Boldt,   209 E. Park St.,   Mundelein, IL 60060-1972
12754387   +Righeimer Martin & Cinquino, P.C.,   Corus Bank, N.A.,   20 N. Clark Street, Suite 1900,
             Chicago, IL 60602-5117
12754388   +Schanck, L.L.C.,   One Westminster Place,   Lake Forest, IL 60045-5511
12754389   +Servepro of Winnetka,   PO Box 144,   Skokie, IL 60076-0144
12754390   +The University of Chicago Physicians Gro,   75 Remittance Drive, St. 1385,
             Chicago, IL 60675-1385
12754391   +U.S. Department of Education,   PO Box 9003,   Niagara Falls, NY 14302-9003
18479785    US Departnment of Education,   Direct Loan Servicing Center,   PO BOX 5609,
             Greenville, TX 75403-5609
12754392   +University of Chicago Medical Center,   1122 Paysphere Circle,   Chicago, IL 60674-0001
12754393   +Weil Foot & Ankle,   1455 E. Golf Road,   Des Plaines, IL 60016-1253
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12754351    E-mail/Text: bkr@cardworks.com Mar 31 2012 02:39:30     Advanta Bank Corp,   PO Box 8088,
             Philadelphia, PA 19101
12754353    E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 31 2012 01:52:22
             American Honda Finance Corporation,   PO Box 60001,   City of Industry, CA 91716-0001
12754356   +E-mail/Text: contact@csicollects.com Mar 31 2012 02:26:20     Certified Services, Inc.,
             PO Box 177,   Waukegan, IL 60079-0177
13697629   +E-mail/Text: legalcollections@comed.com Mar 31 2012 01:52:45     ComEd Company,
             Attn Revenue Management Dept,   2100 Swift Drive,   Oak Brook IL 60523-1559
12754366    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 31 2012 02:27:26     Discover Card,   PO Box 30943,
             Salt Lake City, UT 84130
12754364   +E-mail/Text: cio.bncmail@irs.gov Mar 31 2012 01:31:27     Department of the Treasury,
             Internal Revenue Service,   Pob 7346,   Philadelphia PA 19101-7346
17842624    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 31 2012 02:27:26     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
12754367   +E-mail/Text: fmbbankruptcy@firstmidwest.com Mar 31 2012 03:51:51     First Midwest Bank,
             One Pierce Place, Suite 1500,   Itasca, IL 60143-1254
12754368   +E-mail/Text: fmbbankruptcy@firstmidwest.com Mar 31 2012 03:51:51     First Midwest Bank,
             PO Box 9003,   Gurnee, IL 60031-9003
12754369   +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2012 02:28:40     GEMB / Lens Crafters,
             PO Box 981439,   El Paso, TX 79998-1439
12754372   +E-mail/Text: contact@csicollects.com Mar 31 2012 02:26:20     Gurnee Radiology Center,
             c/o Certified Services Inc,   Pob 177,   Waukegan IL 60079-0177
12754365   +E-mail/Text: cio.bncmail@irs.gov Mar 31 2012 01:31:27     Department of the Treasury,
             Internal Revenue Service,   Ogden, UT 84201
12754377   +E-mail/Text: idiaz2@co.lake.il.us Mar 31 2012 02:39:28     Lake County Collector,
             18 N. County Street,   Waukegan, IL 60085-4361
                                                                                              TOTAL: 13
```

```
District/off: 0752-1           User: dgomez              Page 2 of 3              Date Rcvd: Mar 30, 2012
                               Form ID: pdf006           Total Noticed: 49

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17887477*       Advanta Bank Corp. in receeivership of,   FDIC,    c o Becket and Lee LLP,    POB 3001,
                 Malvern, PA 19355-0701
12754381*      +Laura Henderson,    1070 W. Winwood Drive,    Lake Forest, IL 60045-1157
12754382*      +Laura Henderson,    1070 W. Winwood Drive,    Lake Forest, IL 60045-1157
12754354      ##+Atwell-Hicks,    PO Box 2981,    Ann Arbor, MI 48106-2981
12754355      ##+Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
                                                                                             TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 01, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: dgomez              Page 3 of 3             Date Rcvd: Mar 30, 2012
                              Form ID: pdf006           Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2012 at the address(es) listed below:

```
          Christopher H Purcell    on behalf of Creditor   First Midwest Bank, N.A. shermlaw13@aol.com
          David P Leibowitz    on behalf of Debtor Lynn Smith dleibowitz@lakelaw.com,
           czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
          David P. Vallas    on behalf of Defendant Lynn Smith dvallas@polsinelli.com
          Frank R. Martin    on behalf of Creditor   Lake Forest Bank & Trust Company fmartin@rmclaw.net
          Gina B Krol    on behalf of Trustee Joseph Cohen gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          James T Magee    on behalf of Creditor Laura Henderson bankruptcy@mageenegele.com
          Joseph E Cohen    jcohenattorney@aol.com,
           jcohen@ecf.epiqsystems.com;jcohen@cohenandkrol.com;jhazdra@cohenandkrol.com
          Joseph E Cohen    on behalf of Trustee Joseph Cohen jcohen@cohenandkrol.com,
           jcohenattorney@aol.com;jhazdra@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stewart A Chapman    on behalf of Creditor   Countrywide Home Loans Servicing LP
           northerndistrict@atty-pierce.com
          Yan  Teytelman    on behalf of Trustee Joseph Cohen law_4321@yahoo.com,
           Billbusters@BestClientinc.com;BorgesLawOffice@gmail.com
                                                                                             TOTAL: 11
```