# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
SMITH, LYNN ELLIOTT § Case No. 08-28870
§
               Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

      Funds were disbursed in the following amounts:

      Payments made under an interim disbursement
      Administrative expenses
      Bank service fees
      Other payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor
      Other payments to the debtor

      Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____ , and now requests reimbursement for expenses of $ _____ , for total expenses of $ _____ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JOSEPH E. COHEN_____
                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 08-28870 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SMITH, LYNN ELLIOTT | | | Date Filed (f) or Converted (c): | 10/25/08 (f) |
| | | | | 341(a) Meeting Date: | 11/21/08 |
| For Period Ending: | 03/02/12 | | | Claims Bar Date: | 12/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Four-Unit Building 1800 Sheridan Road, North Chica | 92,709.00 | 0.00 | | 0.00 | 0.00 |
| 2. Condo / Rental 12900 Heiden Circle, Unit 4202 Lake | 154,827.00 | 0.00 | | 0.00 | 0.00 |
| 3. Three-store strip center (Contaminated) 1459-63 El | 100,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. Two Vacant Lots North Chicago, IL Owned Outright | 29,895.00 | 0.00 | | 0.00 | 0.00 |
| 5. Cash Home | 30.00 | 0.00 | | 0.00 | 0.00 |
| 6. Two Checking Accounts Lake Forest Bank & Trust Lak | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. Two Business Accounts Lake Forest Bank & Trust Lak | 60.00 | 0.00 | | 0.00 | 0.00 |
| 8. Health Savings Account (Residual purpose: Retireme | 12,241.80 | 0.00 | | 0.00 | 0.00 |
| 9. Furniture Home | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 10. Books, Music Equipment Home | 500.00 | 0.00 | | 0.00 | 0.00 |
| 11. Clothing Home | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 12. SEP IRA Wayne Hummer Investments | 182,642.00 | 0.00 | | 0.00 | 0.00 |
| 13. Roth IRA Wayne Hummer Investments | 27,459.00 | 0.00 | | 0.00 | 0.00 |
| 14. 2008 Honda Leased Vehicle | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15. Computer, Printer, Fax, Copier, Supplies Office | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 16. RENTAL INCOME (u) | 0.00 | Unknown | | 13,226.40 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 8.79 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $607,363.80 | $0.00 | | $13,235.19 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS COLLECTED RENT ON REAL ESTATE OWNED BY DEBTOR. TRUSTEE TO REVIEW CLAIMS FILED BY CREDITORS. TRUSTEE DOESNT

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                 Ver: 16.05d

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 08-28870 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SMITH, LYNN ELLIOTT | Date Filed (f) or Converted (c): | 10/25/08 (f) |
| | | 341(a) Meeting Date: | 11/21/08 |
| | | Claims Bar Date: | 12/22/11 |

BELIEVE TWO LOTS IN NORTH CHICAGO CAN BE SOLD. TRUSTEE HAS EMPLOYED AN ACCOUNTANT AND IS WAITING TO FILE A FINAL TAX RETURN. ONCE THAT IS FILED THE TRUSTEE CAN FILE HIS FINAL REPORT.

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 03/31/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 08-28870 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | SMITH, LYNN ELLIOTT | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0902 BofA - Money Market Account |
| Taxpayer ID No: | *******6887 | | | |
| For Period Ending: | 03/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/28/09 | 16 | Evanston Cleaners<br>1463 Elmwood Ave.<br>Evanston, IL 60201 | Rent | 1122-000 | 2,622.90 | | 2,622.90 |
| 02/28/09 | 16 | Evanston Cleaners<br>1463 Elmwood Ave.<br>Evanston, IL 60201 | Rent | 1122-000 | 2,735.92 | | 5,358.82 |
| 02/28/09 | 16 | Simple Gourmet LLC<br>1459 Elmwood Ave.<br>Evanston, IL 60201 | Rent | 1222-000 | 2,674.58 | | 8,033.40 |
| 02/28/09 | 16 | Bernard Fink<br>13372 Heiden Circle<br>Lake Bluff, IL 60044 | Rent | 1122-000 | 1,100.00 | | 9,133.40 |
| 02/28/09 | 16 | Lynn Smith - Debtor | Rent | 1122-000 | 2,418.00 | | 11,551.40 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,551.49 |
| 04/21/09 | 16 | Robin T. Hill | Rent | 1222-000 | 1,675.00 | | 13,226.49 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 13,226.75 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,227.09 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,227.42 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,227.76 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,228.10 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,228.43 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,228.77 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,229.10 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,229.44 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,229.78 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 13,230.08 |
| 03/26/10 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 15.73 | 13,214.35 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,214.69 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,215.02 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,215.35 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-28870 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SMITH, LYNN ELLIOTT | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0902 BofA - Money Market Account |
| Taxpayer ID No: | *******6887 | | |
| For Period Ending: | 03/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,215.68 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,216.02 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,216.36 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,216.69 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,217.03 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,217.36 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,217.70 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,218.04 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,218.14 |
| 03/29/11 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 6.47 | 13,211.67 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,211.78 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,211.88 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,212.00 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,212.11 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,212.21 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,212.33 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,212.44 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,212.55 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.83 | 13,195.72 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,195.83 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.27 | 13,179.56 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,179.67 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.25 | 13,163.42 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,163.54 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.26 | 13,146.28 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,146.38 |
| 02/29/12 | 000303 | ILL. DEPT. OF REVENUE | Income tax | 2820-000 | | 185.00 | 12,961.38 |
| | | | Income tax 35-6806887 | | | | |

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-28870 -ABG |
| Case Name: | SMITH, LYNN ELLIOTT |
| Taxpayer ID No: | *******6887 |
| For Period Ending: | 03/02/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0902  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   | Account *******0902 | Balance Forward | 0.00 |   |   |   |
|---|---|---|---|---|---|---|
|   | 6 | Deposits | 13,226.40 | 3 | Checks | 207.20 |
|   | 36 | Interest Postings | 8.79 | 4 | Adjustments Out | 66.61 |
|   |   |   |   | 0 | Transfers Out | 0.00 |
|   |   | Subtotal | $ 13,235.19 |   |   |   |
|   |   |   |   |   | Total | $ 273.81 |
|   | 0 | Adjustments In | 0.00 |   |   |   |
|   | 0 | Transfers In | 0.00 |   |   |   |
|   |   | Total | $ 13,235.19 |   |   |   |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 02, 2012 |

Case Number: 08-28870
Debtor Name: SMITH, LYNN ELLIOTT

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL | Administrative | | $2,761.25 | $0.00 | $2,761.25 |
| 001<br>3410-00 | POPOWCER KATTEN, LTD. | Administrative | | $989.00 | $0.00 | $989.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $6.47 | $6.47 | $0.00 |
| 000006A<br>040<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>Pob 7346<br>Philadelphia PA 19101 | Priority | | $36,052.87 | $0.00 | $36,052.87 |
| 000002 | PEOPLES GAS LIGHT AND COKE CO<br>130 E RANDOLPH DRIVE<br>CHICAGO, IL 60601 | Unsecured | | $675.54 | $0.00 | $675.54 |
| 000003 | ComEd Company<br>Attn Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook IL 60523 | Unsecured | | $1,421.84 | $0.00 | $1,421.84 |
| 000004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $17,277.38 | $0.00 | $17,277.38 |
| 000005 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $29,483.97 | $0.00 | $29,483.97 |
| 000006B | Department of the Treasury<br>Internal Revenue Service<br>Pob 7346<br>Philadelphia PA 19101 | Unsecured | | $9,198.04 | $0.00 | $9,198.04 |
| 000007 | Advanta Bank Corp. in receivership of FDIC<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $11,526.87 | $0.00 | $11,526.87 |
| 000008 | Lake Forest Internal Medicine<br>1800 Hollister, St. 211<br>Libertyville, IL 60048 | Unsecured | | $188.80 | $0.00 | $188.80 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: March 02, 2012 |

Case Number:  08-28870  
Debtor Name:  SMITH, LYNN ELLIOTT

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 | Schanck, L.L.C.<br>One Westminster Place<br>Lake Forest, IL 60045 | Unsecured | | $26,077.00 | $0.00 | $26,077.00 |
| 000001 | Cook County Treasurer<br>118 N. Clark St., Room 112<br>Chicago, IL 60602 | Secured | | $26,976.02 | $0.00 | $26,976.02 |
| 000010 | Gurnee Radiology Center<br>c/o Certified Services Inc<br>Pob 177<br>Waukegan IL 60079 | Unsecured | | $848.23 | $0.00 | $848.23 |
| 000011 | David J. Axelrod & Associates<br>Attorney for Laura Henderson<br>1448 Old Skokie Rd., Suite C<br>Highland Park, IL 60035 | Unsecured | | $170,697.21 | $0.00 | $170,697.21 |
| | Case Totals: | | | $334,180.49 | $6.47 | $334,174.02 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-28870
Case Name: SMITH, LYNN ELLIOTT
Trustee Name: JOSEPH E. COHEN

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Department of the Treasury Internal Revenue Service Pob 7346 Philadelphia PA 19101 | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE