UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                  §
                                        §
SMITH, LYNN ELLIOTT                     §        Case No. 08-28870
                                        §
         Debtor(s)                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN_____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Countrywide Home Loans 450 American St. Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank PO Box 9003 Gurnee, IL 60031 | | | | | |
| | Lake Forest Bank & Trust 727 N. Bank Lane Lake Forest, IL 60045 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| ILL. DEPT. OF REVENUE | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer PO Box 4468 Carol Stream, IL 60197 | | | | | |
| | Department of the Treasury Internal Revenue Service Ogden, UT 84201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake County Collector 18 N. County Street Waukegan, IL 60085 | | | | | |
| 000006B | DEPARTMENT OF THE TREASURY | | | | | |
| 000006A | DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Corp PO Box 8088 Philadelphia, PA 19101 | | | | | |
| | Advocate Illinois Masonic 836 W. Wellington Ave. Chicago, IL 60614 | | | | | |
| | Atwell-Hicks PO Box 2981 Ann Arbor, MI 48106 | | | | | |
| | Bank of America PO Box 15026 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Certified Services, Inc. PO Box 177 Waukegan, IL 60079 |  |  |  |  |  |
|  | Chase PO Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Citi Diamond Preferred PO Box 6000 The Lakes, NV 89163 |  |  |  |  |  |
|  | CitiBusiness Card PO Box 6537 The Lakes, NV 88901 |  |  |  |  |  |
|  | Citifinanical Retail Services PO Box 22066 Tempe, AZ 85285 |  |  |  |  |  |
|  | Denis McKeown 415 Washington St., Suite 103 Waukegan, IL 60085 |  |  |  |  |  |
|  | Department of the Treasury Internal Revenue Service Ogden, UT 84201 |  |  |  |  |  |
|  | Discover Card PO Box 30943 Salt Lake City, UT 84130 |  |  |  |  |  |
|  | First Midwest Bank One Pierce Place, Suite 1500 Itasca, IL 60143 |  |  |  |  |  |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB / Lens Crafters PO Box 981439 El Paso, TX 79998 | | | | | |
| | Givens Trucking Co. 2212 Wright Ave. North Chicago, IL 60064 | | | | | |
| | Glenbrook Plumbing Co. 1901-A Pickwick Avenue Glenview, IL 60025 | | | | | |
| | Gurnee Radiology Center Gurnee, IL 60031 | | | | | |
| | High Voltage Electric Co. 3618 N. Page Avenue Chicago, IL 60634 | | | | | |
| | Jack C. Mardoian 900 North Shore Drive, Suite 150 Lake Bluff, IL 60044 | | | | | |
| | John Tschanz, DDS 725 N. McKinley Lake Forest, IL 60045 | | | | | |
| | Kanter, Mattenson, Morgan & Gordon One Northfield Plaza, Suite 500 Northfield, IL 60093 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake Forest Internal Medicine 1800 Hollister, St. 211 Libertyville, IL 60048 | | | | | |
| | Laura Henderson 1070 W. Winwood Drive Lake Forest, IL 60045 | | | | | |
| | Marcia Slomowitz, MD 333 N. Michigan Av., St. 1125 Chicago, IL 60601 | | | | | |
| | Michael Cummins 20 E. Westleigh Road Lake Forest, IL 60045 | | | | | |
| | North Shore Cariologists 2151 Waukegan Road Bannockburn, IL 60015 | | | | | |
| | Raymond Boldt 209 E. Park St. Mundelein, IL 60060 | | | | | |
| | Righeimer Martin & Cinquino, P.C. Corus Bank, N.A. 20 N. Clark Street, Suite 1900 Chicago, IL 60602 | | | | | |
| | Schanck, L.L.C. One Westminster Place Lake Forest, IL 60045 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Servepro of Winnetka PO Box 144 Skokie, IL 60076 |  |  |  |  |  |
|  | The University of Chicago Physicians Group 75 Remittance Drive, St. 1385 Chicago, IL 60675 |  |  |  |  |  |
|  | U.S. Department of Education PO Box 9003 Niagara Falls, NY 14302 |  |  |  |  |  |
|  | University of Chicago Medical Center 1122 Paysphere Circle Chicago, IL 60674 |  |  |  |  |  |
|  | Weil Foot & Ankle 1455 E. Golf Road Des Plaines, IL 60016 |  |  |  |  |  |
| 000007 | ADVANTA BANK CORP. IN RECEIVERSHIP |  |  |  |  |  |
| 000003 | COMED COMPANY |  |  |  |  |  |
| 000001 | COOK COUNTY TREASURER |  |  |  |  |  |
| 000011 | DAVID J. AXELROD & ASSOCIATES |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | DISCOVER BANK | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| 000010 | GURNEE RADIOLOGY CENTER | | | | | |
| 000008 | LAKE FOREST INTERNAL MEDICINE | | | | | |
| 000002 | PEOPLES GAS LIGHT AND COKE CO | | | | | |
| 000009 | SCHANCK, L.L.C. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-28870 ABG Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SMITH, LYNN ELLIOTT | | Date Filed (f) or Converted (c): | 10/25/08 (f) |
| | | | 341(a) Meeting Date: | 11/21/08 |
| For Period Ending: | 12/17/12 | | Claims Bar Date: | 12/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Four-Unit Building 1800 Sheridan Road, North Chica | 92,709.00 | 0.00 | | 0.00 | 0.00 |
| 2. Condo / Rental 12900 Heiden Circle, Unit 4202 Lake | 154,827.00 | 0.00 | | 0.00 | 0.00 |
| 3. Three-store strip center (Contaminated) 1459-63 El | 100,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. Two Vacant Lots North Chicago, IL Owned Outright | 29,895.00 | 0.00 | | 0.00 | 0.00 |
| 5. Cash Home | 30.00 | 0.00 | | 0.00 | 0.00 |
| 6. Two Checking Accounts Lake Forest Bank & Trust Lak | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. Two Business Accounts Lake Forest Bank & Trust Lak | 60.00 | 0.00 | | 0.00 | 0.00 |
| 8. Health Savings Account (Residual purpose: Retireme | 12,241.80 | 0.00 | | 0.00 | 0.00 |
| 9. Furniture Home | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 10. Books, Music Equipment Home | 500.00 | 0.00 | | 0.00 | 0.00 |
| 11. Clothing Home | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 12. SEP IRA Wayne Hummer Investments | 182,642.00 | 0.00 | | 0.00 | 0.00 |
| 13. Roth IRA Wayne Hummer Investments | 27,459.00 | 0.00 | | 0.00 | 0.00 |
| 14. 2008 Honda Leased Vehicle | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15. Computer, Printer, Fax, Copier, Supplies Office | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 16. RENTAL INCOME (u) | 0.00 | Unknown | | 13,226.40 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 8.96 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $607,363.80 | $0.00 | | $13,235.36 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS COLLECTED RENT ON REAL ESTATE OWNED BY DEBTOR. TRUSTEE TO REVIEW CLAIMS FILED BY CREDITORS. TRUSTEE DOESNT

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-28870 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SMITH, LYNN ELLIOTT | Date Filed (f) or Converted (c): | 10/25/08 (f) |
| | | 341(a) Meeting Date: | 11/21/08 |
| | | Claims Bar Date: | 12/22/11 |

BELIEVE TWO LOTS IN NORTH CHICAGO CAN BE SOLD. TRUSTEE HAS EMPLOYED AN ACCOUNTANT AND IS WAITING TO FILE A FINAL TAX RETURN. ONCE THAT IS FILED THE TRUSTEE CAN FILE HIS FINAL REPORT.

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 03/31/12

Page: 1

FORM 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-28870 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SMITH, LYNN ELLIOTT | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0902  BofA - Money Market Account |
| Taxpayer ID No: | *******6887 | | |
| For Period Ending: | 12/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/28/09 | 16 | Evanston Cleaners<br>1463 Elmwood Ave.<br>Evanston, IL 60201 | Rent | 1122-000 | 2,622.90 | | 2,622.90 |
| 02/28/09 | 16 | Evanston Cleaners<br>1463 Elmwood Ave.<br>Evanston, IL 60201 | Rent | 1122-000 | 2,735.92 | | 5,358.82 |
| 02/28/09 | 16 | Simple Gourmet LLC<br>1459 Elmwood Ave.<br>Evanston, IL 60201 | Rent | 1222-000 | 2,674.58 | | 8,033.40 |
| 02/28/09 | 16 | Bernard Fink<br>13372 Heiden Circle<br>Lake Bluff, IL 60044 | Rent | 1122-000 | 1,100.00 | | 9,133.40 |
| 02/28/09 | 16 | Lynn Smith - Debtor | Rent | 1122-000 | 2,418.00 | | 11,551.40 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,551.49 |
| 04/21/09 | 16 | Robin T. Hill | Rent | 1222-000 | 1,675.00 | | 13,226.49 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 13,226.75 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,227.09 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,227.42 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,227.76 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,228.10 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,228.43 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,228.77 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,229.10 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,229.44 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,229.78 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.30 | | 13,230.08 |
| 03/26/10 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 15.73 | 13,214.35 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,214.69 |
| | | | Page Subtotals | | 13,230.42 | 15.73 | |

Ver: 17.00b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-28870 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SMITH, LYNN ELLIOTT | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0902 BofA - Money Market Account |
| Taxpayer ID No: | *******6887 | | | |
| For Period Ending: | 12/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,215.02 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,215.35 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,215.68 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,216.02 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,216.36 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,216.69 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,217.03 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,217.36 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,217.70 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,218.04 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,218.14 |
| 03/29/11 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 6.47 | 13,211.67 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,211.78 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,211.88 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,212.00 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,212.11 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,212.21 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,212.33 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,212.44 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,212.55 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.83 | 13,195.72 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,195.83 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.27 | 13,179.56 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,179.67 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.25 | 13,163.42 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,163.54 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.26 | 13,146.28 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,146.38 |

Page Subtotals 4.77 73.08

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-28870 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SMITH, LYNN ELLIOTT | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0902  BofA - Money Market Account |
| Taxpayer ID No: | *******6887 | | |
| For Period Ending: | 12/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | 000303 | ILL. DEPT. OF REVENUE | Income tax | 2820-000 | | 185.00 | 12,961.38 |
| | | | Income tax   35-6806887 | | | | |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,961.49 |
| 04/18/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 12,961.55 |
| 04/18/12 | | Transfer to Acct #*******2219 | Final Posting Transfer | 9999-000 | | 12,961.55 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 13,235.36 | 13,235.36 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 12,961.55 | |
| Subtotal | 13,235.36 | 273.81 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 13,235.36 | 273.81 | |

Page Subtotals     0.17     13,146.55

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-28870 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | SMITH, LYNN ELLIOTT | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2219 BofA - Checking Account |
| Taxpayer ID No: | *******6887 | | | |
| For Period Ending: | 12/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/18/12 | | Transfer from Acct #*******0902 | Transfer In From MMA Account | 9999-000 | 12,961.55 | | 12,961.55 |
| 04/26/12 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 2,073.52 | 10,888.03 |
| 04/26/12 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 25.40 | 10,862.63 |
| 04/26/12 | 003003 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 1,840.83 | 9,021.80 |
| 04/26/12 | 003004 | POPOWCER KATTEN, LTD. | Accountant for Trustee fees<br>Accountant for Trustee fees | 3410-000 | | 989.00 | 8,032.80 |
| 04/26/12 | 003005 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 920.42 | 7,112.38 |
| 04/26/12 | 003006 | Department of the Treasury<br>Internal Revenue Service<br>Pob 7346<br>Philadelphia PA 19101 | Claim 000006A, Payment 19.72764%<br>(6-1) modified on 10/4/11 to<br>correct creditor address(dg) | 5800-000 | | 7,112.38 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 12,961.55 | 12,961.55 | 0.00 |
| Less: Bank Transfers/CD's | 12,961.55 | 0.00 | |
| Subtotal | 0.00 | 12,961.55 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 12,961.55 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********0902 | 13,235.36 | 273.81 | 0.00 |
| BofA - Checking Account - ********2219 | 0.00 | 12,961.55 | 0.00 |
| | 13,235.36 | 13,235.36 | 0.00 |
| Page Subtotals | 12,961.55 | 12,961.55 | |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-28870 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | SMITH, LYNN ELLIOTT | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2219 BofA - Checking Account |
| Taxpayer ID No: | *******6887 | | | |
| For Period Ending: | 12/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ (Excludes Account Transfers) | ============ (Excludes Payments To Debtors) | ============ Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |
| --- | --- | --- | --- | --- | --- | --- | --- |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*